# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| WEIRD SCIENCE, LLC and WILLIAM ANDERSON WITTEKIND, derivatively on behalf of Renovaro Biosciences, Inc., <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> RENE SINDLEV, et al., <br><br> *Defendants-Appellees*. | No. 24-7251 <br><br> DC#   2:24-cv-00645-HDV-MRW |

## MOTION TO AMEND THE BRIEFING SCHEDULE
## [DECLARATION OF MEGAN A. MAITIA]

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

HONORABLE HERNAN D. VERA
United States District Judge

    Megan A. Maitia
    Jennifer L. Williams
    Summa LLP
    1010 Sycamore Ave, Unit 117
    South Pasadena, California 91030
    (213) 260-9452/9455
    megan@summallp.com

    Attorney for Plaintiffs-Appellant
    Weird Science, LLC and
    William Anderson Wittekind

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| WEIRD SCIENCE, LLC and WILLIAM ANDERSON WITTEKIND, derivatively on behalf of Renovaro Biosciences, Inc., *Plaintiffs-Appellants*, v. RENE SINDLEV, et al., *Defendants-Appellees* | No. 24-7251 DC# 2:24-cv-00645-HDV-MRW |

## MOTION TO AMEND THE BRIEFING SCHEDULE

Appellants Weird Science, LLC and William Anderson Wittekind move this Court for an order amending the briefing schedule to allow more time for the filing of the opening brief. The proposed amended briefing schedule is as follows:

(a)  Appeal Opening Brief due April 1, 2025

(b)  Appeal Answering Brief due May 2, 2025

(c)  Optional Reply Brief due 21 days after service of the Answering Brief

This motion is based on the attached Declaration of Counsel.

Dated: February 5, 2025

Respectfully submitted,

/s/ Megan A. Maitia
MEGAN A. MAITIA
Attorney for Plaintiffs-Appellants
WEIRD SCIENCE, LLC and
WILLIAM ANDERSON WITTEKIND

# **DECLARATION OF MEGAN A. MAITIA**

I, Megan A. Maitia, declare and state as follows:

1. I am an attorney duly licensed to practice law before the bar of this Court. All the facts stated herein are true to my personal knowledge or are based on information and belief. If called as a witness, I would testify to these same facts.

2. This declaration is made in support of a motion to amend the briefing schedule on this appeal.

3. I represented Plaintiffs-Appellants Weird Science LLC and William Anderson Wittekind at all stages of the district court case before Honorable Hernán D. Vera in the United States District Court in Los Angeles (Central District of California).

4. By order dated December 2, 2024, the Ninth Circuit set the briefing schedule/time schedule such that the Opening Brief was due January 13, 2025, and the Answering Brief was due by February 10, 2025.

5. On January 8, 2025, I submitted a single streamlined request for extension of time to file the opening brief amending the briefing schedule.

6. On January 10, 2025, the Court granted my streamlined request for extension of time. The Court amended the briefing schedule as follows: Opening Brief due 2/12/2025; Answering Brief Due 3/12/2025; Optional Reply Brief due 21 days after service of Answering Brief.

7. I am requesting an amended briefing schedule allowing for more time to file the Opening Brief. In 2024, I received an unexpected and serious medical diagnosis that required treatment, including an August 2024 surgery and extensive recovery. On January 16, 2025, I learned that I need an additional surgery (also requiring an extensive recovery) that is scheduled *before* February 12, 2025, the current deadline to file the Opening Brief.

8. This request for an extension is a medical accommodation, made in good faith, and not for purposes of delay.

9. I have met and conferred with counsel for Defendants-Appellees about this motion, who has been apprised of my need for a medical accommodation.

10. Based on this circumstances, I respectfully request that this Court issue an order amending the Briefing Schedule/Time Schedule extending the deadlines set forth in the January 10, 2025 order as follows:

    (d)    Appeal Opening Brief due April 1, 2025

    (e)    Appeal Answering Brief due May 2, 2025

    (f)    Optional Reply Brief due within 21 days of service of the Answering Brief

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. This declaration was executed at Los Angeles, California on February 5, 2025.

*/s/ Megan A. Maitia*
Megan A. Maitia